

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Sandra J Potter and Michael A Potter<br><br>Debtor | Ch. 7<br><br>25-10563-JEB |

## Order

**MATTER:**

#10 Motion filed by Joint Debtor Michael A Potter, Debtor Sandra J Potter to Extend Time to File Documents [Re: 7 Order to Update]

Granted. The deadline is extended to and including April 10, 2025. If the Debtor fails to timely file the documents, the case may be dismissed without further notice.

Dated: 03/26/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge