UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In Re:

Sandra J. Potter and Michael A. Potter,

      Debtors                                     Case No. 1:25-bk-10563

                                              Chapter 7

## NOTICE OF APPEARANCE FOR CREDITORS, WRIGHT INDUSTRIES, INC. AND THOMAS MACKEY

I, Joseph M. Orlando, Jr. submit my appearance as counsel for creditors, Wright Industries, Inc. and Thomas Mackey, in the above-referenced matter.

Kindly add my appearance to the docket, such that I may file pleadings in this matter electronically.

Respectfully submitted,

*/s/ Joseph M. Orlando Jr.*
JOSEPH M. ORLANDO JR. ESQ.
BBO #680995
Orlando & Associates, P.C.
One Western Avenue
Gloucester, MA 01930
978-283-8100 ext. 2
jmorlandojr@orlandoassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record in the above captioned matter.