/s/ Joseph M. Orlando Jr.
JOSEPH M. ORANDO JR. ESQ
BBO #680995
Orlando & Associates PC
One Wester Avenue
Gloucester, MA 01930
978-283-8100
Jmorlandojr@orlandoassociates.com

CERTIFICATE OF SERVICE

I Parker T. Zellem, hereby certify that on this 12th day of June, 2025, I served the forgoing objection to attorney for the debtors, Barry Levine, Esq, via electronic mail at:

Barry R. Levine, Esq
100 Cummings Center – Suite 327G
Beverly, MA 01915
(978) 922-8440
Barry@levineslaw.com

Dated: June 12, 2025

*Parker Zellem*
Parker Zellem, Esq