UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 7 |
| MICHAEL A. POTTER and SANDRA J. POTTER | : | Case No. 25-10563-JEB |
|    Debtor | : | |
| | : | |
| | : | |

**DEBTORS' SUPPLEMENT TO THEIR RESPONSE TO JOINT OBJECTION**

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

Now respectfully represents Michael A. Potter and Sandra J. Potter (hereinafter "Debtors"), Debtors in the above-Chapter 7 proceeding, who files this supplement to their response to the Joint Objection filed herein by Wright Industries, Inc. and Thomas Mackey (hereinafter jointly and singularly "Creditors") as follows:

Attached hereto as Exhibit F1 and F2 are two (20 further market value analyses of the Debtors property at 7 Herds Hill, Gloucester, MA.  Exhibit F1 is a market value analysis provided by Keller Williams Realty with a value of $975,000.00.  Exhibit F2 is a market value analysis provided by Cameron Prestige LLC with a value of $995,000.00.

As the Court can see, the Debtors' four (4) market value analyses (two at $985,000; one at $975,000.00; and one at $995,000.00 for an average value of $985,000.00, below the homestead exemption of $1.0 million.

WHEREFORE, the Debtors Michael A. Potter and Sandra J. Potter add the annexed Exhibit F1 and F2 to their response to the Joint Objection filed herein by by Wright Industries, Inc. and Thomas Mackey and for such other relief that this Honorable Court deems appropriate and just.

                                                Respectfully submitted
                                                MICHAEL A. POTTER
                                                SANDRA J. POTTER
                                                By their attorney,

                                                /s/ Barry R. Levine
                                                Barry R. Levine
                                                (BBO No. 296500)
                                                100 Cummings Center – Suite 327G
                                                Beverly, MA 01915
Dated: <u>June 14, 2025</u>                      978.922.8440 – phone
                                                barry@levineslaw.com

CERTIFICATE OF SERVICE

    I, Barry R. Levine, state that on June 14, 2025, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

    Mark DeGiacomo, Chapter 7 Trustee
    Richard King, Office of the United States Trustee
    Joseph M. Orlando, Jr., Thomas Mackey
    Parker T. Zellem, Wright Industries, Inc.

    /s/ Barry R. Levine
    Barry R. Levine