

3/18/2022

Michael,

In reference to your property at 7 Herds Hill in Gloucester, MA, as of July 10th, 2025 I have found the property holds a value at $975,000. This is my professional opinion based on my review of all similar properties in Gloucester that have recently sold during this time.

Please let me know if you have any questions.

Best,

Jennifer Cartier

KELLERWILLIAMS
Luxury

Your Home Team at Keller Williams Coastal and Lakes & Mountains Realty

750 Lafayette Road, Suite 201 Portsmouth, NH 03801

Office: 603-610-8500 Cell: 207-837-4661