Buy  Rent  Sell  Agents  Explore  News                    Homes.com                      Sign In    Advertise

# Comparative Market Analysis

**Suggested Price**    Comparable Properties    Average Price per Square Foot    Days on Market

Share Report



**7 Herds Hill, Gloucester, MA 01930**
3 Beds    3 Baths    2,833 Sq Ft

**Suggested Price**
$995,000



**Louise Brochu**
Cameron Prestige, LLC
(603) 854-0950

**Prepared For:**
**Mike Potter**

## Comparable Properties

| Price Range | Average Price | Avg Price per Sq Ft | Avg Days On Market |
|---|---|---|---|
| $795,000 - $1,395,000 | $957,454 | $369 / Sq Ft | 25 |



◆ 7 Herds Hill        For Sale        Under Contract / Pending / Sold

## 11 Comparables



|  | ◆ 7 Herds Hill<br>Gloucester, MA 01930 | 1  146 Hesperus Ave<br>Gloucester, MA 01930 | 2  624 Western Ave<br>Gloucester, MA 01930 | 3  6 Saint Peters Ln<br>Gloucester, MA 01930 | 4  13 Leslie o John<br>Gloucester, MA |
|---|---|---|---|---|---|
| Distance | - | 1.16 Miles Away | 1.28 Miles Away | 1.42 Miles Away | 1.64 Miles Away |
| List Price | - | $1,395,000 | $799,999 | $820,000 | $850,000 |
| Original Price | - | $1,495,000 | $799,999 | $849,000 | $875,000 |
| Price Changes | - | 1 | - | - | 1 |
| Sold Price | - | - | - | $820,000 | - |
| Sold Date | - | - | - | 06/09/2025 | - |
| Days on Market | - | 55 | 11 | 2 | 80 |

Buy  Rent  Sell  Agents  Explore  News          Advertise

| | | | | | |
|---|---|---|---|---|---|
| Price per Sq Ft | $351 | $383 | $314 | $406 | $307 |
| Beds | 3 | 4 ↑1 | 3 | 3 | 5 ↑2 |
| Baths | 3 | 3 | 2 ↓1 | 3 | 2.5 ↓0.5 |
| Lot Size (Sq Ft) | 79,279 | 15,682 ↓80.2% | 8,276 ↓89.6% | 12,197 ↓84.6% | 6,970 ↓91.2 |
| Parking | - | 2 | 2 | 1 | 2 |

### Average Price per Square Foot

The average price per square foot for listed or sold comparable homes is **$369/Sq Ft**. Many factors such as location, use of space, condition, quality, and amenities determine the market value per square foot, so reviewing each comparable carefully is important.



  7 Herds Hill        For Sale        Under Contract / Pending / Sold

### Days on Market

Sold homes were on the market for an **average of 9 days** before they accepted an offer. These homes sold for an average of **100% of list price**.

1.6M
1.5M
1.4M
1.3M
1.2M
1.1M
1.0M
900k
800k
Price
20 Days
40 Days
60 Days
80 Days
Days on Market
Original Price
For Sale
Under Contract / Pending / Sold



