# United States Bankruptcy Court

## United States District Of Massachusetts

| | |
|---|---|
| In re Sandra J. Potter and Michael A. Potter, | Case No. 1:25-bk-10563 |
| Debtors | Chapter 7 |

## Certificate of Service

    I Parker T. Zellem, state that on July 28, 2025, I served the Court's Proceeding Memorandum and Order on the following CM/ECF participants and by first class mail upon all non-CM/ECF parties, interested parties:

    Richard King, Office of the United States Trustee
    Mark DeGiacomo, Chapter 7 Trustee
    Barry R. Levine, Counsel for Debtors

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

| | |
|---|---|
| Wright Industries, Inc., | Thomas Mackey |
| By his attorneys, | By his attorneys, |
| /s/Parker T. Zellem | /s/ Amanda Orlando |
| PARKER ZELLEM, ESQ. | JOSEPH M. ORANDO JR. ESQ |
| BBO #713827 | BBO #714411 |
| FARRELL SMITH O'CONNELL | Orlando & Associates PC |
| AARSHEIM APRANS LLP | One Wester Avenue |
| 27 Congress Street, Suite 508 | Gloucester, MA 01930 |
| Salem, MA 01970 | 978-283-8100 |
| Tel: 978-744-8918 | aorlando@orlandoassociates.com |
| pzellem@fsofirm.com | |

Dated: July 28, 2025